## CHOSEWOOD *v.* JONES.

ATKINSON, J.   A suit by a grantor against a grantee, to cancel a deed conveying land, on the ground of fraud practiced by the grantee inducing execution of the deed, and to recover possession of the land and mesne profits, is not a suit respecting title to land, within the meaning of the constitution, which is required to be brought in the county where the land lies, but is a suit for equitable relief, and should be brought in the county of the residence of the defendant. *Smith* v. *Bryan*, 34 *Ga.* 53; *Clayton* v. *Stetson*, 101 *Ga.* 634 (28 S. E. 983); *Martin* v. *Gaissert*, 134 *Ga.* 34 (67 S. E. 536); *Vizard* v. *Moody*, 115 *Ga.* 491 (41 S. E. 997); *Frazier* v. *Broyles*, 145 *Ga.* 642 (89 S. E. 743).

A suit having been instituted in the county where the land lay, and the petition alleging that the defendant resided in a different county, it was erroneous to overrule a demurrer which raised the question of jurisdiction.          *Judgment reversed.   All the Justices concur.*

MAY 16, 1917.

Equitable petition.   Before Judge Smith.   Campbell superior court.   February 9, 1916.

*Hendrix & Silverman,* for plaintiff in error.

*J. H. Longino,* contra.